UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In the Matter of a Rule 2004 Examination Subpoena Served In:**<br><br>**In re:**<br>   **Abhinav Sharma**,<br>                    *Debtor.*<br><br>**And,** | Case No. 18-mc-523<br><br>[Related to Case No. 1:18-bk-08949 Pending United States Bankruptcy Court for the Northern District of Illinois before Judge Janet S. Baer] |
| **In re:**<br>   **RequiteLife, Inc.**,<br>                    *Debtor.* | [And Related to Case No. 1:18-bk-08950 Pending United States Bankruptcy Court for the Northern District of Illinois before Judge Janet S. Baer] |

**MOTION TO COMPEL NON-PARTY NEW YORK RESIDENT ROBERT SWETNICK TO COMPLY WITH A RULE 2004 EXAMINATION SUBPOENA**

Please take notice that, as provided in the accompanying memorandum of law, declaration of Joseph Mrkonich, and exhibits thereto, Fidelity & Guaranty Life Insurance Company requests that this Court issue an order pursuant to Federal Rule of Civil Procedure 37, through Federal Rule of Bankruptcy Procedure 7037, and Federal Rule of Civil Procedure 45, through Federal Rule of Bankruptcy Procedure 9016, (1) compelling New York resident Robert Swetnick to appear for a Bankruptcy Rule 2004 Examination on December 3, 2018 at the offices of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019, or such other location as is deemed appropriate; (2) compelling Mr. Swetnick to produce, by November 29, 2018, all documents responsive to the Subpoena for Rule 2004 Examination that was served on Mr. Swetnick by personal service on October 12, 2018; (3) notifying Mr. Swetnick that this Court will hold Mr. Swetnick in contempt pursuant to Federal Rule of Civil Procedure 45(g) if he fails to obey the first two parts of this Order, and (4) such other and further relief as this Court deems just and proper.

As is set forth more fully in the accompanying memorandum of law, declaration of Joseph Mrkonich, and exhibits thereto, the requested relief is necessary because Mr. Swetnick has already failed to appear for his originally scheduled deposition that was to occur on November 9, 2018 at the offices of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019 pursuant to the Subpoena for Rule 2004 Examination that was served on Mr. Swetnick by personal service on October 12, 2018.

Date: November 14, 2018

By: */s/ Thomas J. McCormack*
Thomas J. McCormack
Michael A. Samalin
**Norton Rose Fulbright US LLP**
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000
thomas.mccormack@nortonrosefulbright.com
michael.samalin@nortonrosefulbright.com

Frank Taylor
**Norton Rose Fulbright US LLP**
RBC Plaza
60 South Sixth Street
Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Fax: (612) 321-2288
frank.taylor@nortonrosefulbright.com

*Attorneys for Fidelity & Guaranty Life Insurance Company*

**CERTIFICATE OF SERVICE**

The foregoing was filed electronically with the Clerk of Court using the CM/ECF system on November 14, 2018. The foregoing was also sent by email to Robert Swetnick at his active email address, RSwetnick@dunnington.com, at Dunnington Bartholow & Miller LLP, a law firm where he is a Partner.

/s/ *Michael A. Samalin*
Michael A. Samalin