# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-08949 |
| Abhinav Sharma, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Fidelity & Guaranty Life Insurance Company's Motion to Extend Time to Object to Discharge or Dischargeability Under 523/727**

This matter came on the motion of Fidelity & Guaranty Life Insurance Company ("Fidelity") to extend the time to object to the debtor's discharge or the dischargeability of any of the debtor's debts (the "Motion"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises, IT IS HEREBY ORDERED THAT:

  1. The Motion is granted as provided herein; and

  2. The date by which Fidelity can object to the discharge of Abhinav Sharma or the dischargeability of any debt owed by Abhinav Sharma in the captioned case is extended to and including December 6, 2018.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  September 18, 2018

**Prepared by:**

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
   jpaulsen@wfactorlaw.com