**EXHIBIT 5**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-08949 |
| Abhinav Sharma, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Motion of FGLIC for Leave to Conduct Rule 2004 Examinations of Various Parties with Knowledge of the Debtor's Assets, Liabilities, and Entitlement to a Discharge**

This matter coming to be heard on the motion of Fidelity & Guaranty Life Insurance Company, ("FGLIC") for leave to conduct Rule 2004 examinations of various parties with knowledge of the Debtor's assets, liabilities, and entitlement to a discharge (the "Motion"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein; and

2. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, FGLIC is authorized to take the examination of Abhinav Sharma; RequiteLife, Inc.; Andrew Goltzman; Fairpost Advisors, LLC; Mark LaGambina; Crossridge Partners, Inc.; Mesa Consumer Finance, LLC; Steven Etkind; Stanley Byck; David Byck; Robert Swetnick; Richard Propper; Howard Jahre; Bret Bernstein; and Aaron Aftergood.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 27, 2018

**Prepared by:**

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233