# EXHIBIT 6

# UNITED STATES BANKRUPTCY COURT
# NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18 B 08949 |
| | ) | |
| Abhinav Sharma | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**Order Denying Network Partners Int'l, LLC's: (1) Limited Objection to Motion of FGLIC for Leave to Conduct Rule 2004 Examinations of Various Parties with Knowledge of the Debtor's Assets, Liabilities, and Estate Administration Matters and (2) Motion to Quash or Limit Subpoenas Issued Thereunder**

This cause coming to be heard on Network Partners Int'l, LLC's: (1) Limited Objection to Motion of FGLIC for Leave to Conduct Rule 2004 Examinations of Various Parties with Knowledge of the Debtor's Assets, Liabilities, and Estate Administration Matters and (2) Motion to Quash or Limit Subpoenas Issued Thereunder (the "Motion"), due notice of the Motion having been provided, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED.

2. In the interests of justice and judicial economy, the named parties in the related case(s) involving the Debtors: (i) Fidelity & Guaranty Life Insurance Co., v. Network Partners International, LLC, Abhinav Sharma, RequiteLife, Inc., Jason Mandel, Tower Strategic Group, LLC, Gregg Kirschner, MRM Advisors, LLC, Joshua Mandel, Rubicon Advisory Partners, Inc., Rebecca Nadler, Evan Pescatore, Agent Does 1-10, and Other Person Does 1-10, 1:17-cv-01508 RDB, (D. Md.) ("Network Partners") and (ii) the putative class action, Brokerage Insurance Partners, Inc. v. Fidelity & Guaranty Life Insurance Company, Fidelity & Guaranty Life, FS Holdco II Ltd., and Joe Doe, 1:17-cv-01815 GLR, (D. Md.) (collectively, the "Related Actions"), may also appear and may examine the witnesses at the 2004 Examinations.

3. Nothing in this order shall prohibit the parties from attempting to use the testimony taken pursuant to this order in the Related Actions, subject to the rules and procedures of the courts presiding over the Related Actions.

4. All of the 2004 Examinations permitted pursuant to this order shall also comply with Rule 26 of the Federal Rules of Civil Procedure.

DATED: SEP 1 8 2018

ENTER:

*[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge