# EXHIBIT 7

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Abhinav Sharma,** | **Bankruptcy No. 18-08949** |
| **Debtor.** | **Judge Janet S. Baer** |

### CREDITOR FIDELITY & GUARANTY LIFE INSURANCE COMPANY'S STATUS REPORT REGARDING SERVICE ON 2004 EXAMINEES

Creditor Fidelity & Guaranty Life Insurance Company ("FGLIC") hereby provides this Status Report regarding FGLIC's service of Bankruptcy Rule 2004 Examination subpoenas obtained pursuant to the Court's June 27 Order (ECF # 30) upon Examinees Howard Jahre, Robert Swetnick, Stanley Byck, Aaron Aftergood, Bret Bernstein, David Byck, Crossridge Partners, Inc., Steven Etkind, Mark LaGambina, Mesa Consumer Finance, LLC, Richard Propper, Andrew Goltzman, and FairPost Advisors, LLC.

As of today's date, all Examinees have finally been served, after numerous attempts in most cases and after apparent efforts to avoid service in many cases. The following describes FGLIC's efforts to finally effect service on the Proposed Examinees:

### Howard Jahre

Mr. Jahre was served on October 11, 2018, the process server's ***eighth attempt.***

Attached as Exhibit 1 is an Affidavit of Attempted Service on Howard Jahre, dated September 28, 2018. As stated in Exhibit 1, the doorman called Mr. Jahre's residence on September 20, 2018, but no one answered.

Attached as Exhibit 2 are Affidavits of Attempted Service on Howard Jahre, dated October 9, 2018. As stated in Exhibit 2, the process server re-attempted service on September 22nd and

25th.  On September 25th, the doorman appeared to speak with Mr. Jahre; however, the doorman

informed the process server that Mr. Jahre refused to come downstairs.  In addition, the process

server was denied access to Mr. Jahre's apartment.

Attached as Exhibit 3 is an Affidavit of Attempted Service on Howard Jahre dated October

9, 2018 that describes repeated attempts to serve Mr. Jahre on October 1st, 2nd, 4th, and 9th.  On the

October 2nd and 4th attempts, Mr. Jahre's doorman stated that he had been instructed not to call Mr.

Jahre's apartment.

Attached as Exhibit 4 is an Affidavit of Service on Howard Jahre, dated October 12, 2018,

establishing that Mr. Jahre was finally successfully served on October 11.

## Robert Swetnick

After *more than ten attempts and several refusals to accept service,* Mr. Swetnick was

finally successfully served on October 12, 2018.  Attached as Exhibit 5 are Affidavits of Attempted

Service on Robert Swetnick, dated October 10, 2018.  On September 21st, the process server

attempted service on Mr. Swetnick's residence; however, the concierge told the process server that

Mr. Swetnick was not at home.  The process server returned later in the day, and Mr. Swetnick,

when the concierge called him, appeared to communicate that he was not at the residence.  On

September 22, 2018, the process server re-attempted service.  This time, Mr. Swetnick was at the

residence, but he refused to accept the subpoena.  Instead, Mr. Swetnick instructed the process

server to leave the documents with the concierge.

Attached as Exhibit 6 is an Affidavit of Attempted Service on Robert Swetnick, dated

October 9, 2018.  Exhibit 6 describes five attempts from October 1st to October 8th to serve Mr.

Swetnick at his residence.  The times of attempted service ranged from 8:50 a.m. to 9:20 p.m.  The

doorman told the process server that Mr. Swetnick was not at home in response to all attempts.  On

the October 2nd visit at 9:09 p.m. and on the October 4th visit at 9:20 p.m., the doorman refused to call Mr. Swetnick's apartment.

Attached as Exhibit 7 is an Affidavit of Service dated October 15, 2018. The process server stated that he served a copy upon Mr. Swetnick on October 12, 2018 by delivering it to his legal assistant at his law firm, Dunnington Bartholow & Miller.

**Stanley Byck**

Stanley Byck was finally served on October 25, 2018 after more than five attempts. Attached as Exhibit 8 is an Affidavit of Attempted Service on Stanley Byck, dated October 9, 2018. The process server stated that he made four attempts on Mr. Byck from October 4th through the 9th.

Attached as Exhibit 9 is an Affidavit of Attempted Service on Stanley Byck, dated October 10, 2018. The process server attempted to serve Mr. Byck at the place of business listed for Byck Financial Services, but the occupant at the listed address stated that Mr. Byck did not work there.

Attached as Exhibit 10 is an Affidavit of Service, dated October 26, 2018, stating that Mr. Byck was finally served on October 25, 2018.

**Aaron Aftergood**

Mr. Aftergood was served on the first attempt on September 21, 2018. Exhibit 11 at ¶ 1.

**Bret Bernstein**

Mr. Bernstein was also served on the first attempt on September 25, 2018. Exhibit 11 at ¶ 2.

## David Byck

Service was attempted multiple times on David Byck.  The Affidavit describes seven efforts to serve Mr. Byck at his home from September 24th through October 6th before a successful completion of service on October 8th.  Exhibit 11 at ¶ 3.

## Mark LaGambina; Crossridge Partners, Inc.; Mesa Consumer Finance, LLC

Proposed Examinee Mark LaGambina is the registered agent of both Crossridge Partners, Inc. and Mesa Consumer Finance, LLC.  As a result, all three Proposed Examinees were served on September 24th on the fourth attempt of service.  Exhibit 11 at ¶¶  4; 6-7.

## Steven Etkind

Mr. Etkind was served on September 21, 2018 on the process server's third attempt.  Exhibit 11 at ¶ 5.

## Richard Propper

The process server attempted three times before successfully serving Mr. Propper on the fourth attempt on September 27, 2018.  Exhibit 11 at ¶ 8.

## Andrew Goltzman and FairPost Advisors

Attached as Exhibit 12 are Affidavits of Service from Sylvester Hinds, dated October 24, 2018.  Mr. Hinds states that Andrew Goltzman and FairPost Advisors, LLC were personally served on October 2, 2018 on the first attempt.  Exhibit 12 at p. 1 ¶ 2; p. 2 ¶ 2; & p. 3 ¶ 2.

# **CONCLUSION**

After significant effort and expense, all the named Examinees have been served.

Dated: October 31, 2018                    Fidelity & Guaranty Life Insurance Company

*Julie Firestone*
Frank Taylor (*Admitted Pro Hac Vice*)
Julie Firestone (*Admitted Pro Hac Vice*)
Joseph Mrkonich (*Admitted Pro Hac Vice*)
Norton Rose Fulbright US LLP
RBC Plaza
60 South Sixth Street
Suite 3100
Minneapolis, MN 55402
Phone:  (612) 321-2800
Fax:  (612) 321-2288
frank.taylor@nortonrosefulbright.com
julie.firestone@nortonrosefulbright.com
joseph.mrkonich@nortonrosefulbright.com

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
William J. Factor Law
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax:(847) 574-8233
Email: wfactor@wfactorlaw.com
slorber@wfactorlaw.com
jpaulsen@wfactorlaw.com
jpaulsen@wfactorlaw.com

*Attorneys for Fidelity Life & Guaranty
Insurance*

CERTIFICATE OF SERVICE

I, William J. Factor, an attorney, hereby certify that on November 1, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Status Report* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List.

/s/ William J. Factor

SERVICE LIST

Service List
Registrants
(Service via ECF)

John Collen      jcollen@salawus.com,
jadams@salawus.com;rneace@salawus.com;celliott@salawus.com

Eugene Crane      ecrane@cranesimon.com,
jmunoz@cranesimon.com;dkobrynski@cranesimon.com;gheyman@craneheyman.com

Eugene Crane      ecrane@craneheyman.com,
il41@ecfcbis.com;jmunoz@cranesimon.com;dkobrynski@cranesimon.com

Eugene Crane      ecrane@cranesimon.com,
il41@ecfcbis.com;jmunoz@cranesimon.com;dkobrynski@cranesimon.com

Jeffrey C Dan      jdan@cranesimon.com,
sclar@cranesimon.com;jmunoz@cranesimon.com;dkane@cranesimon.com

William J Factor      wfactor@wfactorlaw.com,
wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com

William S Hackney      whackney@salawus.com,
jadams@salawus.com,mcockream@salawus.com,dkreide@salawus.com

Patrick S Layng      USTPRegion11.ES.ECF@usdoj.gov

David P Leibowitz      dleibowitz@lakelaw.com,
jstorer@lakelaw.com;storerjr58596@notify.bestcase.com;ecf@lakelaw.com

Jeffrey K. Paulsen     jpaulsen@wfactorlaw.com,
bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com

Non-Registrants
(Service via First Class Mail)
Abhinav Sharma
2129 Ammer Ridge Ct., Unit 301,
Glenview, IL 60025

Case 1:18-mc-00523-LGS   Document 3-7   Filed 11/14/18   Page 9 of 43

# Exhibit 1

STATE OF NEW

COUNTY OF NEW YORK

AFFIDAVIT OF
ATTEMPTED SERVICE

_Robert Mills_, being duly sworn, on oath says that on
_9_ / _20_ /2018 at _5_ : _09_ _P_M (s)he attempted to serve the Federal Subpoena for
Rule 2004 Examination; Rider to Subpoena; Witness Fee Check upon Howard Jahre therein named,
personally at 85 Adams Street Apt 2A, Brooklyn, NY 11201 but was unable to effect service
because:

[ ] this address is a mail drop and nobody is actually at the address.
[ ] the address does not exist.
[ ] the occupant(s) of the above address refuse to come to the door or respond in any way.
[ ] the occupant of the address does not know or has never heard of the subject.
[ ] the subject moved and left no forwarding address.
[ ] the premises of this address are currently vacant.
[ ] this is a secured building and the subject's name is not on the directory.
[ ] unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[ ] the subject is employed here but the employer will not allow for personal service.
[ ] the subject is no longer employed at the above address.
[ ] per family or friend at the above address the subject has never lived there.
[ ] the subject has moved and currently resides at the address listed below.
[✓] other / comments / new address: _There was no answer to phone when_
_the doorman on duty called. Apt 2A._

Subscribed and Sworn to before me by

_Robert Mills_, #1004298
(Printed Name of Process Server)

_9_ / _28_ /2018.

(Signature of Notary)

JONATHAN HOBBS
Notary Public State of New York
No. 01HO6109718
Qualified in New York County
Commission Expires May 17, 20__



(Signature of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208139 5170

Re: 1001040036

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

# Exhibit 2

STATE OF NEW YORK

AFFIDAVIT OF
ATTEMPTED SERVICE

COUNTY OF NEW YORK

_TIMOTHY M. BOTTI_, being duly sworn, on oath says that on _9_/_22_/2018 at _8_:_05_ _A_M (s(he) attempted to serve the Federal Subpoena for Rule 2004 Examination; Rider to Subpoena; Witness Fee Check upon Howard Jahre therein named, personally at 85 Adams Street Apt 2A, Brooklyn, NY 11201 but was unable to effect service because:

[  ]  this address is a mail drop and nobody is actually at the address.
[  ]  the address does not exist.
[  ]  the occupant(s) of the above address refuse to come to the door or respond in any way.
[  ]  the occupant of the address does not know or has never heard of the subject.
[  ]  the subject moved and left no forwarding address.
[  ]  the premises of this address are currently vacant.
[  ]  this is a secured building and the subject's name is not on the directory.
[  ]  unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[  ]  the subject is employed here but the employer will not allow for personal service.
[  ]  the subject is no longer employed at the above address.
[  ]  per family or friend at the above address the subject has never lived there.
[  ]  the subject has moved and currently resides at the address listed below.
[X]  other / comments / new address: _No answer to call made up to Apt. 2A_

Subscribed and Sworn to before me by

_TIMOTHY M. BOTTI #843358_
(Printed Name of Process Server)

_10_/_9_/2018.

_____
(Signature of Notary)

_____
(Signature of Server)

**HOWARD DANIEL GOLDMAN**
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2022

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208139 5170

Re: 1001040036



**METRO LEGAL**
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

STATE OF NEW YORK

AFFIDAVIT OF
ATTEMPTED SERVICE

COUNTY OF NEW YORK

TIMOTHY M. BOTTI , being duly sworn, on oath says that on
9 , 25 /2018 at 6 : 05 P M (s)he attempted to serve the Federal Subpoena for
Rule 2004 Examination; Rider to Subpoena; Witness Fee Check upon Howard Jahre therein named,
personally at 100 Jay Street, Brooklyn, NY 11201 but was unable to effect service because:

[ ]    this address is a mail drop and nobody is actually at the address.
[ ]    the address does not exist.
[ ]    the occupant(s) of the above address refuse to come to the door or respond in any way.
[ ]    the occupant of the address does not know or has never heard of the subject.
[ ]    the subject moved and left no forwarding address.
[ ]    the premises of this address are currently vacant.
[ ]    this is a secured building and the subject's name is not on the directory.
[ ]    unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[ ]    the subject is employed here but the employer will not allow for personal service.
[ ]    the subject is no longer employed at the above address.
[ ]    per family or friend at the above address the subject has never lived there.
[ ]    the subject has moved and currently resides at the address listed below.
[X]    other / comments / new address: Doorman on duty spoke with Howard
JAHRE, via phone, who refused to come downstairs and
deponent was refused access upstairs.

Subscribed and Sworn to before me by

TIMOTHY M. BOTTI, #843358
(Printed Name of Process Server)

10 , 9 /2018.



(Signature of Notary)



(Signature of Server)

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2022

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208139 5170

Re: 1001040036

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

# Exhibit 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
--------------------------------------------------------X
In re:                                                              Case No.18-08949
ABHINVA SHARMA,
            Debtor.
--------------------------------------------------------X
In re:                                                              Case No.18-08950
REQUITELIFE, INC.,
            Debtor.                                         AFFIDAVIT OF ATTEMPTED SERVICE
--------------------------------------------------------X
STATE OF NEW YORK    )
                                           S.S.:
COUNTY OF NEW YORK)

        RICARDO DELPRATT, being duly sworn, deposes and says that he is over the age of

eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a

party to this action.

        That on the 1st day of October, 2018, at approximately 11:21 AM, deponent attempted to

serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Howard Jahre at 85

Adams Street, Apt. 2A, Brooklyn, New York, but received no answer to the doorman's call to the

apartment.

        That on the 2nd day of October, 2018, at approximately 7:07 PM, deponent again attempted

to serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Howard Jahre at 85

Adams Street, Apt. 2A, Brooklyn, New York, but was informed by the doorman that he has been

instructed not to call the apartment.

        That on the 4th day of October, 2018, at approximately 4:29 PM, deponent again attempted

to serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Howard Jahre at 85

Adams Street, Apt. 2A, Brooklyn, New York, but was again informed by the doorman that he was

instructed not to call the apartment.

        That on the 9th day of October, 2018, at approximately 8:29 AM, deponent again attempted

to serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Howard Jahre at 85

Adams Street, Apt. 2A, Brooklyn, New York, but was informed by the doorman that Howard Jahre was not home.

_____

RICARDO DELPRATT #2067114

Sworn to before me this
9th day of October, 2018

_____

NOTARY PUBLIC

**EVAN COHAN**
**NOTARY PUBLIC & ATTORNEY AT LAW**
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

Case 1:18-mc-00523-LGS   Document 3-7   Filed 11/14/18   Page 17 of 43

# Exhibit 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
---------------------------------------------------------X
In re:                                                          Case No.18-08949
ABHINVA SHARMA,
          Debtor.
---------------------------------------------------------X
In re:                                                          Case No.18-08950
REQUITELIFE, INC.,
          Debtor.                                               AFFIDAVIT OF SERVICE
---------------------------------------------------------X
STATE OF NEW YORK    )
                                   S.S.:
COUNTY OF NEW YORK)

          DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of

eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a

party to this action.

          That on the 11th day of October, 2018, at approximately 12:46 PM, deponent served a true

copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Howard Jahre at 85 Adams Street,

Apt. 2A, Brooklyn, New York, by personally delivering and leaving the same with Howard Jahre at that

address.  At the time of service a witness fee of $45.00 was tendered.

          Howard Jahre is a white male, approximately 68 years of age, stands approximately 6 feet

1 inches tall, weighs approximately 190 pounds with gray hair.


_____
DOMINIC DELLAPORTE #1320496


Sworn to before me this
12th day of October, 2018


_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

# Exhibit 5

STATE OF NEW YORK

**AFFIDAVIT OF**
**ATTEMPTED SERVICE**

COUNTY OF NEW YORK

NELSON CARVAJAL being duly sworn, on oath says that on
9 /19 /2018 at 7 : 21 PM (s)he attempted to serve the Federal Subpoena for
Rule 2004 Examination; Rider to Subpoena; Witness Fee Check upon Robert Swetnick therein
named, personally at 1102 Park Ave., Unit 250, New York, NY 10177 but was unable to effect
service because:

[ ]     this address is a mail drop and nobody is actually at the address.
[X]     the address does not exist.
[ ]     the occupant(s) of the above address refuse to come to the door or respond in any way.
[ ]     the occupant of the address does not know or has never heard of the subject.
[ ]     the subject moved and left no forwarding address.
[ ]     the premises of this address are currently vacant.
[ ]     this is a secured building and the subject's name is not on the directory.
[ ]     unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[ ]     the subject is employed here but the employer will not allow for personal service.
[ ]     the subject is no longer employed at the above address.
[ ]     per family or friend at the above address the subject has never lived there.
[ ]     the subject has moved and currently resides at the address listed below.
[ ]     other / comments / new address: _____

_____
_____
_____

Subscribed and Sworn to before me by

NELSON CARVAJAL # 20677606
(Printed Name of Process Server)

10 / 10 /2018.
_____
(Signature of Notary)                                      _____
                                                          (Signature of Server)

**HOWARD DANIEL GOLDMAN**
**Notary Public State Of New York**
No. 01GO5062405
**Qualified in New York County**
**Commission Expires July 1, 2022**

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208137 5168

Re: 1001040036



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

STATE OF NEW YORK

AFFIDAVIT OF
ATTEMPTED SERVICE

COUNTY OF NEW YORK

NELSON CARVAJAL , being duly sworn, on oath says that on
9 / 21 /2018 at 2 : 20 P M (s)he attempted to serve the Federal Subpoena for
Rule 2004 Examination; Rider to Subpoena; Witness Fee Check upon Robert Swetnick therein
named, personally at 40 East 88th Street, New York, NY 10128 but was unable to effect service
because:

[ ]   this address is a mail drop and nobody is actually at the address.
[ ]   the address does not exist.
[ ]   the occupant(s) of the above address refuse to come to the door or respond in any way.
[ ]   the occupant of the address does not know or has never heard of the subject.
[ ]   the subject moved and left no forwarding address.
[ ]   the premises of this address are currently vacant.
[ ]   this is a secured building and the subject's name is not on the directory.
[ ]   unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[ ]   the subject is employed here but the employer will not allow for personal service.
[ ]   the subject is no longer employed at the above address.
[ ]   per family or friend at the above address the subject has never lived there.
[ ]   the subject has moved and currently resides at the address listed below.
[X]   other / comments / new address: Roberto, Concierge on duty, told
deponent that ROBERT SWETNICK was not home.

Subscribed and Sworn to before me by

NELSON CARVAJAL, #2067766
(Printed Name of Process Server)

10 / 10 /2018.

_____
(Signature of Notary)

_____
(Signature of Server)





**HOWARD DANIEL GOLDMAN**
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2022

* Service was completed by an Independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208137 5168

Re: 1001040036

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

STATE OF NEW YORK

COUNTY OF NEW YORK

**AFFIDAVIT OF
ATTEMPTED SERVICE**

*NELSON CARVAJAL* being duly sworn, on oath says that on *9 / 21 /* 2018 at *6 : 40* **P** M (s)he attempted to serve the Federal Subpoena for Rule 2004 Examination; Rider to Subpoena; Witness Fee Check upon Robert Swetnick therein named, personally at 40 East 88th Street, New York, NY 10128 but was unable to effect service because:

[  ]   this address is a mail drop and nobody is actually at the address.
[  ]   the address does not exist.
[  ]   the occupant(s) of the above address refuse to come to the door or respond in any way.
[  ]   the occupant of the address does not know or has never heard of the subject.
[  ]   the subject moved and left no forwarding address.
[  ]   the premises of this address are currently vacant.
[  ]   this is a secured building and the subject's name is not on the directory.
[  ]   unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[  ]   the subject is employed here but the employer will not allow for personal service.
[  ]   the subject is no longer employed at the above address.
[  ]   per family or friend at the above address the subject has never lived there.
[  ]   the subject has moved and currently resides at the address listed below.
[☒]   other / comments / new address: *ROBERT SWETNICK told concierge on duty, via phone, to tell deponent he's not home.*

Subscribed and Sworn to before me by

*NELSON CARVAJAL #2067766*
(Printed Name of Process Server)

*10, 10 /* 2018.

_____
(Signature of Notary)

_____
(Signature of Server)

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2022

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208137 5168

Re: 1001040036



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

STATE OF NEW YORK

AFFIDAVIT OF
ATTEMPTED SERVICE

COUNTY OF NEW YORK

NELSON CARVAJAL, being duly sworn, on oath says that on

9 / 22 /2018 at 8 : 10 A M (s/he) attempted to serve the Federal Subpoena for
Rule 2004 Examination; Rider to Subpoena; Witness Fee Check upon Robert Swetnick therein
named, personally at 40 East 88th Street, New York, NY 10128 but was unable to effect service
because:

[ ] this address is a mail drop and nobody is actually at the address.
[ ] the address does not exist.
[ ] the occupant(s) of the above address refuse to come to the door or respond in any way.
[ ] the occupant of the address does not know or has never heard of the subject.
[ ] the subject moved and left no forwarding address.
[ ] the premises of this address are currently vacant.
[ ] this is a secured building and the subject's name is not on the directory.
[ ] unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[ ] the subject is employed here but the employer will not allow for personal service.
[ ] the subject is no longer employed at the above address.
[ ] per family or friend at the above address the subject has never lived there.
[ ] the subject has moved and currently resides at the address listed below.
[X] other / comments / new address: ROBERT SWETNICK told deponent,
via phone, to leave papers with concierge on duty -
refused to come down to accept service.

Subscribed and Sworn to before me by

NELSON CARVAJAL #20677606
(Printed Name of Process Server)

10 / 10 /2018.

(Signature of Notary)

(Signature of Server)

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2022

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208137 5168

Re: 1001040036



METRO LEGAL
legal support specialists since 1969
330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

# Exhibit 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------X
In re:                                                                    Case No.18-08949
ABHINVA SHARMA,
          Debtor.
-------------------------------------------------------X
In re:                                                                    Case No.18-08950
REQUITELIFE, INC.,
          Debtor.                                             AFFIDAVIT OF ATTEMPTED SERVICE
-------------------------------------------------------X
STATE OF NEW YORK    )
                                     S.S.:
COUNTY OF NEW YORK)

          JOSHUA LEE, being duly sworn, deposes and says that he is over the age of eighteen

years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to

this action.

          That on the 1st day of October, 2018, at approximately 12:20 PM, deponent attempted to

serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Robert Swetnick at 40

East 88th Street, Apt. 7E, New York, New York, but was informed by the doorman that Robert

Swertnick was not home.

          That on the 2nd day of October, 2018, at approximately 9:09 PM, deponent again attempted

to serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Robert Swetnick at 40

East 88th Street, Apt. 7E, New York, New York, but was again informed by the doorman that Robert

Swertnick was not home and refused to call the apartment at that time.

          That on the 4th day of October, 2018, at approximately 9:20 PM, deponent again attempted

to serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Robert Swetnick at 40

East 88th Street, Apt. 7E, New York, New York, but was again informed by the doorman that Robert

Swertnick was not home and again refused to call the apartment at that time.

          That on the 5th day of October, 2018, at approximately 9:26 AM, deponent again attempted

to serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Robert Swetnick at 40

East 88th Street, Apt. 7E, New York, New York, but was again informed by the doorman that Robert

Swertnick was not home.

That on the 8th day of October, 2018, at approximately 8:50 AM, deponent again attempted

to serve a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Robert Swetnick at 40

East 88th Street, Apt. 7E, New York, New York, but was again informed by the doorman that Robert

Swertnick was not home.

_____
JOSHUA LEE #2060696

Sworn to before me this
9th day of October, 2018

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

# Exhibit 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
--------------------------------------------------------X

In re:                                              Case No.18-08949
ABHINVA SHARMA,
        Debtor.
--------------------------------------------------------X
In re:                                              Case No.18-08950
REQUITELIFE, INC.,
        Debtor.                                     AFFIDAVIT OF SERVICE
--------------------------------------------------------X
STATE OF NEW YORK   )
                        S.S.:
COUNTY OF NEW YORK)

        JOSHUA LEE, being duly sworn, deposes and says that he is over the age of eighteen years, is

employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 12th day of October, 2018, at approximately 12:59 PM, deponent served a true copy of

the SUBPOENA FOR RULE 2004 EXAMINATION upon Robert Swetnick c/o Dunnington Bartholow &

Miller at 250 Park Avenue, New York, New York, by personally delivering and leaving the same with Sandra

Bermudez, Legal Assistant, who informed deponent that she is an agent authorized by appointment to receive

service at that address. At the time of service a witness fee of $45.00 was tendered.

        Sandra Bermudez is a Hispanic female, approximately 44 years of age, stands approximately 5

feet 5 inches tall, weighs approximately 150 pounds with black hair.

At the time of service a witness fee of $45.00 was tendered.


_____
JOSHUA LEE #2060696

Sworn to before me this
15th day of October, 2018


_____
NOTARY PUBLIC                          DOMINIC DELLAPORTE
                                       Notary Public, State of New York
                                           No. 01DE6052212
                                       Qualified in Nassau County
                                       Commission Expires December 11, 20__

# Exhibit 8

**STATE OF FLORIDA**

**COUNTY OF PALM BEACH**

BRIAN K. CAHILL ____, being duly sworn, on oath says that ☒ FOUR ATTEMPTS WERE DONE.
10/4/18 – 10/6/18 /2018 at VARIOUS TIMES (LISTED BELOW) (s)he attempted to serve the Federal Subpoena for
Rule 2004 Examination; Rider to Subpoena; Agreed Confidentiality Order; Acknowledgement and
Agreement to be Bound; Exhibits; Witness Fee Check upon Stanley Byck therein named, personally
at 7285 Morocca Lake Drive, Delray Beach, FL 33446 but was unable to effect service because:

[ ]   this address is a mail drop and nobody is actually at the address.
[ ]   the address does not exist.
[ ]   the occupant(s) of the above address refuse to come to the door or respond in any way.
[ ]   the occupant of the address does not know or has never heard of the subject.
[ ]   the subject moved and left no forwarding address.
[ ]   the premises of this address are currently vacant.
[ ]   this is a secured building and the subject's name is not on the directory.
[✓]   unsuccessful after numerous attempts, the subject (IS / ~~IS NOT~~) avoiding service.
[ ]   the subject is employed here but the employer will not allow for personal service.
[ ]   the subject is no longer employed at the above address.
[ ]   per family or friend at the above address the subject has never lived there.
[ ]   the subject has moved and currently resides at the address listed below.
[✓]   other / comments / new address: FOUR ATTEMPTS WERE DONE, 1ST) 10/4/18 AT 1:30 PM
2ND) 10/5/18 AT 8:00 AM   3RD) 10/5/18 AT 5:00 PM 4TH) 10/6/18 AT 6:40 PM
NOBODY ANSWERED – NO VISIBLE ACTIVITY INSIDE, NO LIGHTS ON. TOOK PICTURES.
ON 10/9/18 SPEAKING TO WHILE SERVING HIS SON DAVID BYKE, HE INFORMED ME
HIS DAD IS AN AVID TRAVELOR. HE RESENTLY FROM EUROPE (LAST WEEK) AND IS
CURRENTLY IN NEW YORK.

Subscribed and Sworn to before me by

BRIAN K. CAHILL CPS# 2062
(Printed Name of Process Server)

10 / 9 /2018.

_____
(Signature of Notary)

**JONATHAN LEVY**
MY COMMISSION # FF974718
EXPIRES March 23, 2020
(407) 398-0153   FloridaNotaryService.com



_____
(Signature of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208273 5206

Re: 1001040036



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

# Exhibit 9

**STATE OF FLORIDA**

**AFFIDAVIT OF**
**ATTEMPTED SERVICE**

**COUNTY OF PALM BEACH**

*Jorge Lopez* _____, being duly sworn, on oath says that on

_10_ / _03_ /2018 at _1_ : _15_ _P_ M (s)he attempted to serve the Federal Subpoena for Rule 2004 Examination; Rider to Subpoena; Agreed Confidentiality Order; Acknowledgement and Agreement to be Bound; Exhibits; Witness Fee Check upon Stanley Byck therein named, personally at Byck Financial Services, Trump Plaza, 525 South Flagler Drive, 5th Floor, West Palm Beach, FL 33401 but was unable to effect service because:

[ ] this address is a mail drop and nobody is actually at the address.
[ ] the address does not exist.
[ ] the occupant(s) of the above address refuse to come to the door or respond in any way.
[✓] the occupant of the address does not know or has never heard of the subject.
[ ] the subject moved and left no forwarding address.
[ ] the premises of this address are currently vacant.
[ ] this is a secured building and the subject's name is not on the directory.
[ ] unsuccessful after numerous attempts, the subject (IS / IS NOT) avoiding service.
[ ] the subject is employed here but the employer will not allow for personal service.
[ ] the subject is no longer employed at the above address.
[ ] per family or friend at the above address the subject has never lived there.
[ ] the subject has moved and currently resides at the address listed below.
[✓] other / comments / new address: Made an attempt on 10/03/18 at designated address. I saw that the whole fifth floor was under renovation. I spoke with a Dale Hersey, who is affiliated with Erick Enterprises. Dale said he knows all the employees who work there and that he has been there for a while. He said that Stanley Byck has never worked there and that Stanley Byck does not work there currently either.

Subscribed and Sworn to before me by

*Jorge Lopez*
(Printed Name of Process Server)

_10_ / _10_ /2018

(Signature of Notary)

JONATHAN LEVY
MY COMMISSION # FF974718
EXPIRES March 23, 2020
FloridaNotaryService.com
(407) 398-0153


(Signature of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NORROF 208273 5206

Re: 1001040036

**METRO LEGAL**
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

# Exhibit 10

Case 18-08949-mb  Doc 103-1 GS Filed 11/01/18  Document 3  Filed 11/01/18 15:24:31  Page 34 of 42 Exhibit

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------X
In re:                                               Case No.18-08949
ABHINVA SHARMA,
          Debtor.
-------------------------------------------------------X
In re:                                               Case No.18-08950
REQUITELIFE, INC.,
          Debtor.                                    AFFIDAVIT OF SERVICE
-------------------------------------------------------X
STATE OF NEW YORK   )
                        S.S.:
COUNTY OF NEW YORK)

          DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of

eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a

party to this action.

          That on the 25th day of October, 2018, at approximately 2:18 PM, deponent served a true

copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon Stanley Byck at 566 Bardini Drive,

Melville, New York, by personally delivering and leaving the same with Stanley Byck at that address.

At the time of service a witness fee of $88.00 was tendered.

          Stanley Byck hre is a white male, approximately 75 years of age, stands approximately 5

feet 9 inches tall, weighs approximately 190 pounds with black and gray hair.


_____
DOMINIC DELLAPORTE #1320496


Sworn to before me this
26th day of October, 2018


_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022

# Exhibit 11

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
--------------------------------------------------------X
In re:                                                            **Case No. 18-08949**
**ABHINVA SHARMA**
        Debtor.
--------------------------------------------------------X
In re:                                                            **Case No. 18-08950**
**REQUITELIFE, INC.,**
        Debtor.                                   **AFFIDAVIT OF JOHN M. LEVESQUE**
--------------------------------------------------------X


**STATE OF MINNESOTA   )**
                                       **S.S.:**
**COUNTY OF HENNEPIN   )**


John M. Levesque, being duly sworn, on oath says:  that he is the Director of

Operations for Metro Legal Services, Inc. ("Metro") and has control over its records and

neither is a party to this action.  Metro was hired by the law firm of Norton Rose

Fulbright to complete service of several subpoenas.  This affidavit is intended to outline

the efforts that were made to complete service prior to the actual services being

completed.

   1.  Aaron Aftergood – service was completed on the first attempt made on the 21st of

       September at 3:08 pm.

   2.  Bret Bernstein – service was completed on the first attempt made on the 25th of

       September at 7:33 pm.

   3.  David Byck – Prior to service completed on October 9th, 2018, there were a

       number of attempts made at 11245 Mainsall Court, Wellington, FL 33449:

              Service was attempted on the 24th of September at 8:00 pm, the server

              arrived at the main gate of the community and checked in with the security

guard who let him through the gate.  When he reached the house, he found it to be completely dark with only an exterior light on.  There was a car parked in the driveway but no one answered the door.

Service was attempted at on the 25th of September at 6:45 pm, the server found the same situation at the home.

Service was attempted on the 26th of September at 8:20 am, the server found the same car parked outside in what appeared to be the exact same position indicating that it had not been driven since prior to his first attempt at 8:00 pm on the 24th.

Service was attempted on the 4th of October at 2:05 pm, the server found the same situation and still believed that the car had not moved.

Service was attempted on the 5th of October at 8:30 am, the server found the same situation and still believed that the car had not moved.

Service was attempted on the 5th of October at 4:30 pm, the server found the same situation and still believed that the car had not moved.

Service was attempted on the 6th of October at 6:10 pm, the server found the same situation and still believed that the car had not moved but this

time he heard dogs inside the house.  The server left a note on the front
door of the house and on the car asking for David to contact him.

On the 8th of October at 6:29 pm the server received a response from
David via text and they coordinated an appointment for the following
morning to accomplish service.

4.  Crossridge Partners, Inc. – Mark LaGambina is the registered agent, please see
section 6 regarding attempts made to reach Mark LaGambina.

5.  Steven Etkind – prior to service completion on September 21st, 2018 there were
two attempts made, one on the 19th and one on the 20th.

6.  Mark LaGambina – prior to service completion on September 24th, 2018 there
were three attempts made.  On September 20th at 7:00 pm the server arrived and
noted that the address was an end unit condo.  The lights were on inside but
there was no car in the assigned spot; the server spoke with a resident of unit B
and they indicated that Mark LaGambina does live at 12 Grove Street, Unit A,
Ridgefield, CT 06877.  The server waited until 8:00 pm but no one arrived home.
On September 21st at 7:15 am the server arrived to find the lights still on and no
car in the assigned parking spot.  On September 22nd at 3:00 pm the server
attempted again but no one answered the door.

7.  Mesa Consumer Finance, LLC – Mark LaGambina is the registered agent,
please see section 6 regarding attempts made to reach Mark LaGambina.

8.  Richard Propper – Prior to service completed on September 27th, 2018, there
were a number of attempts at different addresses:

Service was attempted at 531 Main Street, Apt 931, New York, NY 10044 on the 18th and the 22nd, on the 22nd it was learned that he does not live at this address.

Service was attempted at 165 Woodbine Avenue, Northport, NY 11768 on the 26th, the server found the home at this address to be under remodeling and it did not appear that anyone was living there at the time. The process server left a voicemail for him. On the 27th he called the server back and provided his work address where service was completed later in the day on the 27th.

Subscribed and sworn to before me,
October 24, 2018.



Notary Public

Re: 1001040036

MARK A. MILLER
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

# Exhibit 12

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------X
In re:                                              X          Case No. 18-08949
ABHINVA SHARMA,                                     X
                    Debtor                          X
-------------------------------------------------------X
In re:                                              X          Case No. 18-08950
REQUITELIFE, INC.,                                  X
                    Debtor                          X          **AFFIRDAVIT OF SERVICE**
-------------------------------------------------------X

**SYLVESTER HINDS**, being duly sworn deposes and says:

1.      That I am over the age of eighteen years, reside in the County of the Bronx and that I am not a party to this action.

2.      That on Tuesday October 2, 2018 at approximately 1:51 PM, I served a true copy of the **Subpoena For Rule 2004 Examination with attachments** on **Andrew Goltzman** by personally delivering to and leaving a true copy of the same with Paul M. Krieger, Esq. at the offices of Norton Rose Fulbright LLP, 1301 Avenue of the Americas, New York, New York 10019.

3.      Paul M. Krieger is a male Caucasian, between 40-50 years of age, approximately 5'9"-6'0" in height, approximately 160- 180 pounds in weight with a graying hairline.

-----------------------------------
Sylvester Hinds

Sworn to before this
24th day of October 2018

-----------------------------------
Notary Public

KADE COUTAIN
Notary Public, State of New York
No. 01CO6036928
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Feb. 14, 2022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
------------------------------------------------------X
In re:                                              X        **Case No. 18-08949**
ABHINVA SHARMA,                                     X
                          Debtor                    X
------------------------------------------------------X
In re:                                              X        **Case No. 18-08950**
REQUITELIFE, INC.,                                  X
                          Debtor                    X        **AFFIRDAVIT OF SERVICE**
------------------------------------------------------X

**SYLVESTER HINDS**, being duly sworn deposes and says:

1.      That I am over the age of eighteen years, reside in the County of the Bronx and that I am not a party to this action.

2.      That on Tuesday October 2, 2018 at approximately 1:51 PM, I served a true copy of the **Subpoena To Testify At A Deposition with attachments** on **FairPost Advisors LLC** by personally delivering to and leaving a true copy of the same with Paul M. Krieger, Esq. at the offices of Norton Rose Fulbright LLP, 1301 Avenue of the Americas, New York, New York 10019.

3.      Paul M. Krieger is a male Caucasian, between 40-50 years of age, approximately 5'9"-6'0" in height, approximately 160- 180 pounds in weight with a graying hairline.

Sylvester Hinds

Sworn to before this
24th day of October 2018

Notary Public

KADE COUTAIN
Notary Public, State of New York
No. 01CO6036928
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Feb. 14, 2022

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

```
-------------------------------------------------X
In re:                              X          Case No. 18-08949
ABHINVA SHARMA,                     X
            Debtor                  X
-------------------------------------------------X
In re:                              X          Case No. 18-08950
REQUITELIFE, INC.,                  X
            Debtor                  X          AFFIRDAVIT OF SERVICE
-------------------------------------------------X
```

       **SYLVESTER HINDS**, being duly sworn deposes and says:

1.    That I am over the age of eighteen years, reside in the County of the Bronx and that I am not a party to this action.

2.    That on Tuesday October 2, 2018 at approximately 1:51 PM, I served a true copy of the ***Subpoena For Rule 2004 Examination with attachments*** on ***FairPost Advisors, LLC*** by personally delivering to and leaving a true copy of the same with Paul M. Krieger, Esq. at the offices of Norton Rose Fulbright LLP, 1301 Avenue of the Americas, New York, New York 10019.

3.    Paul M. Krieger is a male Caucasian, between 40-50 years of age, approximately 5'9"-6'0" in height, approximately 160- 180 pounds in weight with a graying hairline.

-------------------------------
Sylvester Hinds

Sworn to before this
24th day of October 2018

-------------------------------
Notary Public

KADE COUTAIN
Notary Public, State of New York
No. 01CO6036928
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Feb. 14, 2022