UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ABHINAV SHARMA AND
IN RE: REQUITELIFE, INC.

Case No. 18 Misc. 523 (LGS)

**DECLARATION OF ROBERT N. SWETNICK**

ROBERT N. SWETNICK, pursuant to the provisions of 28 U.S.C. § 1746, states:

1. This Declaration is submitted pursuant to the Court's Order of November 16, 2018 relating to a motion to compel a rule 2004 Examination Subpoena.

2. I am an attorney duly admitted to practice law in the State of New York and am a partner in the law firm Dunnington Bartholow & Miller LLP, 250 Park Avenue, Suite 1103, New York, New York 10177.

3. I have very little knowledge relating to the underlying claim other than that years ago I did purchase a policy of life insurance through Mr. Sharma.

4. Several months ago the movant served me with a subpoena. Shortly before my noticed deposition Mr. Sharma apparently filed for bankruptcy protection. As a result thereof, movant cancelled the deposition.

5. The movant thereafter served me with a new subpoena to take my deposition on October 5, 2018. I again cleared my schedule in order to be available to appear; however, on the date of the deposition no one on behalf of the movant was prepared to proceed with my deposition, nor had I been advised that it was going to be adjourned. I contacted counsel for the movant and was advised that they were not aware that I had been served and thus had not put the deposition on their schedule. Obviously, this caused me significant inconvenience.

6. The movants then served me with yet another subpoena to seek my deposition, this time on November 9, 2018. However, a closing involving individuals from out of the country had been rescheduled to that date and thus, on November 1, 2018 I sent movants an email advising them that as a result of this conflict I could either start the deposition later in the day or need to reschedule it. See Exhibit A. movant responded that he would not extend any courtesy, professional or otherwise and that the deposition scheduled for November 9th was "moving forward" … "you may m,ove the Court to reschedule if you so desire."

7. The movants knew, well in advance, I would not be able to appear on November 9, 2018. They have, throughout these proceedings, showed an utter disregard for the schedule of others.

8. I am unable to appear to argue this motion on November 27, 2018 as I will be at the offices of Kramer Levin Naftalis & Frankel LLP completing a multimillion dollar transaction scheduled to start at 10:00 a.m. on that date with numerous parties, including individuals traveling from India; however, request that the court duly consider this declaration. I have no objection to submitting to a deposition on a _mutually_ convenient date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 20, 2018

_____
Robert N. Swetnick