EXHIBIT "A"

## RE: Rule 2004 Examination Sharma/RequiteLife

**Mrkonich, Joe** [joseph.mrkonich@nortonrosefulbright.com]
**Sent:** Thursday, November 01, 2018 12:00 PM
**To:** Robert Swetnick

The Examination as set forth in the subpoena served upon you on October 12th is moving forward as scheduled on November 9, at 9:30. By Rule, we have seven hours to depose you. You may move the Court to reschedule if you so desire. Your email does not address the required document production. Your documents are overdue and we need them as soon as possible and no later than tomorrow.

Best,

Joe

**Joe Mrkonich** | Associate
Norton Rose Fulbright US LLP
RBC Plaza, 60 South Sixth Street, Suite 3100, Minneapolis, Minnesota  55402, United States
Tel +1 612 321 2263 | Fax +1 612 321 2288
joseph.mrkonich@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

**From:** Robert Swetnick [mailto:RSwetnick@dunnington.com]
**Sent:** Thursday, November 1, 2018 9:33 AM
**To:** Mrkonich, Joe <joseph.mrkonich@nortonrosefulbright.com>
**Subject:** RE: Rule 2004 Examination Sharma/RequiteLife

As you know, I was previously issued a subpoena and arranged my schedule to appear, and no one ever advised me that you were not prepared to proceed, thus causing unnecessary inconvenience and expense. I had planned on appearing on the 9th, however a closing involving parties from out of the country just had to be rescheduled for that day at noon. If you believe we can start at 3 and be done by 5 or 5:30 I can still appear; otherwise the deposition needs to be rescheduled.

Robert N. Swetnick
Partner
**DUNNINGTON, BARTHOLOW & MILLER LLP**
250 Park Avenue, Suite 1103
New York, New York 10177
Telephone: 212-349-2800
Email: rswetnick@dunnington.com



CONFIDENTIALITY NOTE: The information contained in this e-mail message and any attachment is confidential information intended for